```
                    UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                          EASTERN DIVISION

                        NO. 4:11-CR-58-1BR
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | O R D E R |
| | : | |
| LATOYA RENEE EDWARDS | : | |

Upon good cause having been shown, the Court hereby ORDERS the United States Marshals Service to allow the following officers to remove Latoya Renee Edwards from the custody of the United States Marshals Service for the purpose of administering a polygraph examination to the defendant:

Farmville Police Department, Detective Ken Adams

Wilson County Sheriff's Office, Detective Johnny Hendricks

Wilson County Sheriff's Office, Detective Jeremy Renfrow

Wilson County Sheriff's Office, Detective Brad Carter

It is further ORDERED that the above-named officers contact the United States Marshal or his designee in advance to make appropriate arrangements for removal of the prisoner each time the prisoner is removed from the custody of the United States Marshal or his designee, and that the officers will also inform the United States Marshal or his designee of the precise location where the prisoner will be taken, as well as the estimated length of time said prisoner will remain at that location. The officers

in possession of the defendant are to immediately inform the United States Marshal or his designee of any change in location.

During the handling and/or transportation of said prisoner, the officers in possession of the defendant are ORDERED to employ all physical security restraints as prescribed by pertinent United States Marshal Service regulations as set out in Chapter 8 of the United States Marshals Service Manual.

Furthermore, inasmuch as the officers in possession of the defendant are responsible for the security and well-being of said prisoner and of other parties concerned with therewith until the prisoner is returned to the United States Marshal or his designee, the officers are ORDERED to return the prisoner to the custody of the United States Marshals Service for safekeeping overnight, unless other arrangements have specifically been permitted by the Court.

This 6 March 2012.

                                    W. Earl Britt
                                    Senior U.S. District Judge